George H. Johnston v. The Macfadden Newspapers Corporation. Salvatore F. LaCorte v. The Macfadden Newspapers Corporation. Rocco M. Nittoli v. The Macfadden Newspapers Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Harry Young v. Theodore A. Sunderman, as Acting Property Clerk of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See 238 App. Div. 817.]

William May v. Interborough Rapid Transit Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Elizabeth R. Monahan v. Anna F. Kenny and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jasinthe Trading Corporation and Elf Trading Corporation v. Andreas Keup and Others, Impleaded with Irving Bachrach and Ira Rosenstock. (Premises No. 1746 First Avenue.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiffs' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jasinthe Trading Corporation and Another v. Andreas Keup and Others, Impleaded with Irving Bachrach and Another. (Premises No. 1748 First Avenue.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiffs' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Macombs-Nelson, Inc.. for a Peremptory Order of Mandamus Directed to Arthur J. W. Hilly, as Corporation Counsel, etc., Commanding, Enjoining, Requiring and Directing Him to Institute Proceedings to Ascertain the Compensation, etc., Due to the Said Macombs-Nelson, Inc., under and Pursuant to Chapter 1006 of the Laws of 1895, by Reason of the Closing, Abandonment and Discontinuance of Fulton Street, in the Borough of the Bronx, City of New York, in Front of Petitioner's Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Martha Hill McFarland and Others v. Cross Siclare and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: Solomon Miller and Another v. Clayton Coffee Pot, Inc., and Stanley Bogart and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Laura P. Fisher v. Alfred S. Bourne. Alfred S. Bourne v. Charlton & Company and Another.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.